EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

_____ null _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Tammiika Frowner | (910) 973-2269 | 04091977 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1744 Daisy Lane Fayetteville N.C. 28303 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees. Members | Phone No. (Include Area Code) |
|---|---|---|
| Fayetteville State University | 15+ | (910) 672-1146 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1200 Murchison Rd. Fayetteville NC. 28301 | |

| Name | No. Employees. Members | Phone No. (Include Area Code) |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code |
|---|---|
|  |  |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11/10/2022    Latest: 4/20/2023

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Mr. Treadwell has used the Office of Human Resources as a conduit to punish former and current employees. On November 10th he served me Documented counseling paperwork. I have requested that we have one-on-one meetings online. My request was repeatedly denied by HR and Mr. Treadwell. He also has used my current supervisor to deploy the same tactic. My current supervisor wrote a disparaging Facebook Post about me and another colleague on December 12th, 2022. I followed the Grievance policy. The initial grievance was not substantiated The complaint went to the State Mediators Office, and we came to an impasse. Later, that week I was served with my first unsatisfactory job performance, number one.
On April 13th, I received the final university's decision of the Grievance filed. On April 17th I was served my unsatisfactory job performance number 2. I consider all three of these incidents retaliation. Also, I have been very outspoken since January 2021 because of the ill treatment and issues I saw against Douglas Ballard. I am being retaliated against because I spoke up on Mr. Ballard's behalf because he was being discriminated against based on his race. I have spoken on behalf of the staff to the Provost, HR Director and in the presence of Lawrence Treadwell.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>5/2/2023  [signature]<br>Date   Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br><br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DAT (*month, day, year*) |